UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL REALE,<br><br>           Plaintiff,<br><br>     v.<br><br>GOOGLE LLC, et al.,<br><br>           Defendants. | Case No. 22-cv-00562-VC<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. No. 40 |

      The motion to dismiss is granted. Because Reale does not contest the defendants' position on the viability of his Sherman Act claims, they are dismissed.

      The Robinson-Patman Act claim is dismissed because Reale has failed to allege that the alleged transaction involved a commodity or good. 15 U.S.C. § 13(a), (d), (e) (commodity); *id.* § 13a (good). "Congress intended the Act to apply to tangible goods and not services." *May Department Store v. Graphic Process Co.*, 637 F.2d 1211, 1214 (9th Cir. 1980). While the line between the two is blurry, this case is far from that line. YouTube does not provide a tangible product for sale. And advertising revenue and channel promotion are not tangible assets as the defendant claims.

      With the dismissal of the federal claims, the Court declines to exercise supplemental jurisdiction over the remaining state-law claim. 28 U.S.C. § 1367(c)(3). The case is at an early stage, and comity, fairness, convenience, and judicial economy concerns weigh heavily against keeping this case in federal court. *See Carnegie-Mellon University v. Cohill*, 484 U.S. 343, 350 n.7 (1988).

      Dismissal is with leave to amend. Any amended complaint must be filed within 21 days

of this order.

**IT IS SO ORDERED.**

Dated: April 26, 2022

_____
VINCE CHHABRIA
United States District Judge