UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL REALE,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, et al.,<br><br>        Defendants. | Case No. 22-cv-00562-VC<br><br>**ORDER TO SHOW CAUSE** |

    The plaintiff is ordered to show cause why the case should not be dismissed under Rule 41(b) for failure to prosecute in light of his failure to respond to the motion to dismiss. A response is due by July 15, 2022.

    **IT IS SO ORDERED.**

Dated: July 8, 2022

VINCE CHHABRIA
United States District Judge